**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **NATHAN SOUKUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CAUSE NO.: 4:19-CV-00293-CDP** |
| | ) | |
| v. | ) | |
| | ) | |
| **BONZAI EXPRESS OF ST. LOUIS, INC.** | ) | |
| **D/B/A CRAZY BOWLS AND WRAPS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT BONZAI EXPRESS OF ST. LOUIS, INC. D/B/A CRAZY BOWLS AND WRAPS' CORPORATE DISCLOSURE STATEMENT

This Corporate Disclosure Statement is filed on behalf of:

Defendant Bonzai Express of St. Louis, Inc. d/b/a Crazy Bowls and Wraps

Is said party a parent, subsidiary, or other affiliate of a publicly owned corporation?

_____ Yes          __X__ No.

If the answer is Yes, list below the identity or parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

_____

Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

_____ Yes          __X__ No.

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

_____

Respectfully submitted,

McMAHON BERGER P.C.

*/s/Thomas O. McCarthy*
Thomas O. McCarthy, #22636
Robert D. Younger, #42909
2730 North Ballas Road, Suite 200
St. Louis, MO 63131-3039
(314) 567-7350 – Telephone
(314) 567-5968 – Facsimile
mccarthy@mcmahonberger.com
younger@mcmahonberger.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2019 a true and correct copy of the foregoing was served via the Court's electronic filing system upon:

Kevin J. Dolley
Law Offices of Kevin J. Dolley, LLC
2726 S. Brentwood Blvd.
St. Louis, MO 63144

*Attorney for Plaintiff*

*/s/Thomas O. McCarthy*