UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NATHAN SOUKUP,

    Plaintiff(s),

v.

Case No. 4:19-CV-00293-CDP

BONZAI EXPRESS OF ST. LOUIS, INC.,

    Defendant(s).

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

### Option 2

☒ An ADR conference was held on: September 24, 2019.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
_____.

The ADR referral was concluded on September 27, 2019.
The parties [☒ did ☐ did not] achieve a settlement. Check one

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: 10/7/2019    Neutral: /s/ Francis X. Neuner, Jr.

NEUNER JR., FRANCIS X.
Signature