UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NATHAN SOUKUP, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:19 CV 293 CDP |
| BONZAI EXPRESS OF ST. LOUIS, INC., d/b/a Crazy Bowls and Wraps, | ) |
| Defendant. | ) |

## ORDER

The Court having been advised by the mediator that this action has been settled,

**IT IS HEREBY ORDERED** that the May 4, 2020 Jury Trial setting is vacated and all pending motions are denied without prejudice.

**IT IS HEREBY ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of October, 2019.