# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| NATHAN SOUKUP, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO.: 4:19-CV-00293-CDP |
| | ) | |
| v. | ) | |
| | ) | |
| BONZAI EXPRESS OF ST. LOUIS, INC. | ) | |
| D/B/A CRAZY BOWLS AND WRAPS, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Nathan Soukup, and Defendant, Bonzai Express of St. Louis, Inc. d/b/a Crazy Bowls and Wraps by and through their respective counsel, pursuant to Rule 41(a)(1) F.R.C.P., and hereby stipulate and agree that all claims presented by Plaintiff's Complaint in the above-entitled action shall be dismissed with prejudice as to all parties. Each party will bear their own costs and attorneys' fees.

Respectfully submitted,

LAW OFFICES OF KEVIN J. DOLLEY, LLC        MCMAHON BERGER, P.C.


*/s/Kevin J. Dolley*
Kevin J. Dolley, #54132MO
2726 S. Brentwood Blvd.
St. Louis, MO 63144
(314) 645-4100 (office)
(314) 736-6216 (fax)
kevin@dolleylaw.com

Attorneys for Plaintiff

*/s/Thomas O. McCarthy*
Thomas O. McCarthy, #22636MO
Robert D. Younger, #42909MO
2730 N. Ballas, Suite 200
St. Louis, Missouri 63131
(314) 567-7350 (office)
 (314) 567-5968 (fax)
mccarthy@mcmahonberger.com
younger@mcmahonberger.com

Attorneys for Defendant